1
2
3  UNITED STATES DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
4  AT TACOMA

5  JEROME CEASAR ALVERTO,

6  Plaintiff,                              CASE NO. C12-5518 BHS-KLS

7  v.                                      ORDER DENYNG CONSOLIDATED
                                           MOTION TO SUPPLEMENT AS
8  DEPARTMENT OF CORRECTIONS,              MOOT
   BARBARA J GRONSETH, STATE OF
9  WASHINGTON, JANE DOE APLINE,

10 Defendants.

11      Before the Court is Plaintiff's "Consolidated Motion to Supplement, for Joinder of

12 Parties, and Request for Preliminary Injunction". ECF No. 13. Plaintiff has been given an

13 opportunity to, and has amended, his complaint. ECF No. 14. Plaintiff also separately filed a

14 motion for temporary injunction, which is the subject of this Court's pending Report and

15 Recommendation. ECF No. 12. In light of the foregoing, the relief sought in Plaintiff's

16 consolidated motion is moot.

17      Accordingly, it is **ORDERED:**

18      (1)    Plaintiff's Consolidated Motion (ECF NO. 13) is **DENIED as moot.**

19      (2)    The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

20      **DATED** this 17th_ day of September, 2012.

21

22

                                                *signature*
23                                              Karen L. Strombom
                                                United States Magistrate Judge
24

ORDER - 1