1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEROME CEASAR ALVERTO,

              Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, et al.,

              Defendants.

CASE NO. C12-5518BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

     This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 12) and Plaintiff Jerome Ceasar Alverto's ("Alverto") objections to the R&R (Dkt. 15). The Court has considered the R&R, Alverto's objections, and the remaining record, and hereby adopts the R&R for the reasons stated herein.

     On June 12, 2012, Alverto filed his civil rights complaint alleging violations by Defendants of 42 U.S.C. § 1983. Dkt. 8. On July 23, 2012, Judge Strombom issued the R&R recommending that Alverto's motion for temporary restraining order and motion for preliminary injunction be stricken as Defendants had not been served with the

ORDER - 1

1  motions. Dkt. 12. On August 13, 2012, Alverto filed objections to the R&R in which he

2  states that he filed an amended complaint, as directed by Judge Strombom, and therefore

3  his motions should not be stricken. Dkt. 15. Because Alverto has failed to show in his

4  objections, or otherwise, that his motions were or have since been properly served on

5  Defendants, the Court adopts the R&R.

6  Therefore, the Court having considered the R&R, Alverto's objections, and the

7  remaining record, does hereby find and order as follows:

8  (1)  The R&R is **ADOPTED**; and

9  (2)  Alverto's motions for injunctive relief (Dkts. 4 & 5) are **STRICKEN**.

10  Dated this 15th day of October, 2012.

BENJAMIN H. SETTLE
United States District Judge