UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEROME CEASAR ALVERTO,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

CASE NO. C12-5518BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 12) and Plaintiff Jerome Ceasar Alverto's ("Alverto") objections to the R&R (Dkt. 15). The Court has considered the R&R, Alverto's objections, and the remaining record, and hereby adopts the R&R for the reasons stated herein.

On June 12, 2012, Alverto filed his civil rights complaint alleging violations by Defendants of 42 U.S.C. § 1983. Dkt. 8. On July 23, 2012, Judge Strombom issued the R&R recommending that Alverto's motion for temporary restraining order and motion for preliminary injunction be stricken as Defendants had not been served with the

ORDER - 1

motions. Dkt. 12. On August 13, 2012, Alverto filed objections to the R&R in which he states that he filed an amended complaint, as directed by Judge Strombom, and therefore his motions should not be stricken. Dkt. 15. Because Alverto has failed to show in his objections, or otherwise, that his motions were or have since been properly served on Defendants, the Court adopts the R&R.

Therefore, the Court having considered the R&R, Alverto's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Alverto's motions for injunctive relief (Dkts. 4 & 5) are **STRICKEN**.

Dated this 15th day of October, 2012.

BENJAMIN H. SETTLE
United States District Judge