UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEROME CEASAR ALVERTO,<br><br>                Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>                Defendants. | CASE NO. C12-5518 BHS<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ADDITIONAL TIME |

This matter comes before the Court on Plaintiff Jerome Ceasar Alverto's ("Alverto") motion for additional time to respond to Magistrate Judge Karen L. Strombom's Report and Recommendations ("R&R"). Dkt. 56. The Court has considered the pleadings filed in support of and Defendants' response to the motion as well as the remainder of the file. For the reasons stated herein, the Court grants the motion.

On January 3, 2014, Alverto filed a motion for additional time to respond to the R&R, due largely to his movement to another correctional facility and a perceived inability to take or have his legal materials sent to the new facility. Dkt. 56. However, Alverto's motion did not specify the length of the extension he sought. *See id*.

| | |
|---|---|
| 1 | On January 8, 2014, Defendants responded that while they did not oppose Alverto's request for additional time, they requested that the due date for his response to the R&R be set for February 7, 2013, to avoid having Alverto's response time indefinitely extended.  Based on the Defendants' representations and Alverto's notice of change of address, Alverto was transferred to a new correctional facility and his legal materials also should have been transferred to that new facility by January 14, 2014.  *See* Dkts. 57 and 58.  The Court concurs that a date certain for Alverto's response is necessary. |

        Therefore, it is hereby **ORDERED** that Alverto's motion for additional time to respond to the R&R is **GRANTED** (Dkt. 56). His response to the R&R is due on February 14, 2014.

        Dated this 28th day of January, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge